# United States Court of Appeals
## For the First Circuit

No. 18-1240

IRWIN JACOBOWITZ, on behalf of A.J., minor; PEARL H. JACOBOWITZ, on behalf of A.J., minor,

Plaintiffs, Appellants,

v.

BARRINGTON PUBLIC SCHOOLS,

Defendant, Appellee.

Before

Howard, Chief Judge,
Torruella and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: April 3, 2019

We find no error in the district court's denial of the motion to vacate its dismissal of the instant case. Even if appellants' motion were construed as one pursuant to Fed.R.Civ.P. 60(b)(4), the district court possessed subject matter jurisdiction in this case and the motion was thus properly denied.

First, while the district court's subject matter jurisdiction was dependent upon the hearing officer having rendered a decision, 20 U.S.C. § 1415(i)(2), nothing in the relevant statute suggests that the court's receipt of the decision itself is a prerequisite to its obtaining jurisdiction.

Second, appellants' alleged failure to receive a copy of the hearing decision before they filed their appeal did not render that appeal premature nor did it deprive the district court of jurisdiction. Rhode Island Administrative Code 21-2-54:E § 300.516(b) clearly states that an appeal of an IDEA hearing decision must be filed no later than 30 days after the receipt of the decision by the aggrieved party. The regulation does not prevent an action from being filed earlier, as long as a hearing decision has been rendered. Appellants' suit was therefore timely and the district court had jurisdiction over the action.

<u>Affirmed</u>.

By the Court:

Maria R. Hamilton, Clerk

cc:
Irwin Jacobowitz
Pearl H. Jacobowitz
Sara Rapport
Timothy K. Baldwin